**UNDER SEAL**

FILED 02 JUN '26 15:55 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:26-cr-__00184-AN__ |
| v. | **INDICTMENT** |
| PABLO VILLASENOR-OCHOA, | **18 U.S.C. § 922(g)(5)** |
| Defendant. | **Forfeiture Allegation** |
| | **UNDER SEAL** |

### THE GRAND JURY CHARGES:

### COUNT 1
### (Alien in Possession of a Firearm)
### (18 U.S.C. § 922(g)(5))

On or about December 23, 2025, in the District of Oregon, defendant **PABLO VILLASENOR-OCHOA**, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, specifically a Smith and Wesson SD40 VE .40 caliber pistol serial number HFX4523, said firearm having been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(5).

///

///

Indictment                                                        Page 1

## FORFEITURE ALLEGATION

Upon conviction of offense in Count 1, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm involved in this offense. Including and without limitation, specifically a Smith and Wesson SD40 VE .40 caliber pistol serial number HFX4523.

Dated: June _V_, 2026

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

ANDREW KARTCHNER, OSB #135784
Assistant United States Attorneys

**Indictment**                                                                                     **Page 2**